AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JERALD WHEAT,**
        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

v.

**DONALD RUMSFIELD, et al.,**      **CASE NO. C2-06-1057**
        **Defendants.**                 **JUDGE EDMUND A. SARGUS, JR.**
                                             **MAGISTRATE JUDGE TERENCE P. KEMP**


**JERALD WHEAT,**
        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**ROBERT M. GATES, et al.,**        **CASE NO. C2-07-1033**
        **Defendants.**                 **JUDGE EDMUND A. SARGUS, JR.**
                                             **MAGISTRATE JUDGE TERENCE P. KEMP**

\_\_\_      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed May 20, 2009, JUDGMENT is hereby entered DISMISSING WITH PREJUDICE these cases for failure to prosecute.**


Date: May 20, 2009                                JAMES BONINI, CLERK


                                                         /S/ Andy F. Quisumbing
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk